IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID ANTOINE STOKES | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. L-09-1808 |
| NORTHERN DISTRICT POLICE STATION | * | |
| Defendant | * | |

******

## MEMORANDUM

On July 8, 2009, the Court received Plaintiff's Complaint, wherein he alleged that he was unlawfully arrested. Docket No. 1. Because p*ro se* complaints are held to a less stringent standard than those drafted by attorneys, Plaintiff was given an opportunity to supplement his Complaint concerning (i) the name(s) of the individual(s) against whom he seeks to bring this action; (ii) how the conduct and/or actions of the individual(s) violated his constitutional rights with regard to the matters alleged in his Complaint; and (iii) what relief he sought. Docket No. 3.

The Court received Plaintiff's Supplemental Complaint which indicated that he received improper forms from the Clerk of this Court and to which he attached notices from the District Court of Maryland for Baltimore City indicating that his state court criminal proceedings were entered nolle prosequi. Docket No. 4. The Supplemental Complaint failed to comply with the Court's directive as Plaintiff provided none of the information requested. Plaintiff was given an additional 20 days to cure the deficiency. The Court is in receipt of Plaintiff's second Supplemental Complaint. Paper No. 6.

Rule 8(a) of the Federal Rules of Civil Procedure requires the submission of complaints that include (1) a short and plain statement of the grounds upon which this court has jurisdiction; (2) a short and plain statement of the claim showing that plaintiff is entitled to relief; and (3) a demand for judgment for the relief plaintiff seeks. The paperwork submitted by Plaintiff contains none of the above. Rather, attached to Plaintiff's Complaint is a litany of complaints baldy alleging false arrest, excessive force, racial profiling, and inhumane conditions of confinement at Central Booking. For that reason, a separate Order shall be entered dismissing this action without prejudice. Should Plaintiff choose to refile his claim, he is advised that he is required to file a **separate** complaint, using court-approved forms, for each of the alleged constitutional violations, to name the individuals he seeks to hold liable, to state how each person's conduct violated his constitutional rights, and to list the relief he seeks. Payment of the $350.00 filing fee or an indigency affidavit is also required.

A separate Order follows.

November 19, 2009                                             /s/
                                                              _____
                                                              Benson Everett Legg
                                                              Chief Judge